UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
     :
GWENDOLYN SCOTT-ADAMS,     :

    Plaintiff,     :   07 Civ. 746 (WHP)

   -against-     :   <u>ORDER</u>

URBAN BRANDS,     :

    Defendant.     :
     :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

       The above-captioned case was referred to Magistrate Judge Debra Freeman to issue a report and recommendation ("report") as to Plaintiff's motion for a default judgment pursuant to Fed. R. Civ. P. 55. Magistrate Judge Freeman filed her report describing the reasons why the motion should be denied, and sent it to the parties on November 3, 2008. As of this date neither party has submitted any objection to the report nor requested an extension of time in which to do so. Accordingly, this court finds that the report is not facially erroneous, and affirms and adopts it. Therefore, Plaintiff's motion for a default judgment (Docket No. 23) is denied.

Dated: February 26, 2009
      New York, New York

                             SO ORDERED:

                             WILLIAM H. PAULEY III
                                U.S.D.J.

*Copies mailed to:*

Ms. Gwendolyn Scott-Adams
740 East 178th Street
#7D
Bronx, NY 10457
*Plaintiff Pro Se*

Adin C. Goldberg, Esq.
Day Pitney LLP
7 Times Square
New York, NY 10036
*Counsel for Defendant*