USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/09

**COURTESY COPY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Gwendolyn Scott-Adams

v.

Urban Brands, Inc.

---

No.  07 Civ. 746 (DF)

LAW STUDENT INTERN
APPEARANCE FORM
FOR BRITTANY JONES

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in __New York University__ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
   (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
   (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
   (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

   _10/29/2009_
   (date)

   _[signature]_
   (Signature of Student)
   Brittany Jones

2. Certification of Law School Dean or his Authorized Designee

   I certify that this student:

   (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
   (c) that __Laura Sager__, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

   _11-6-09_
   (date)

   _[signature]_
   (Signature of Dean or Authorized Designee)
   Randy Hertz

   __Director of Clinical Programs__
   (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

| 11/10/09 | Laura Sager |
|---|---|
| (date) | (Signature of Attorney) |

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

| 11/5/09 | (Signature of Client) |
|---|---|
| (date) | Gwendolyn Scott-Adams |

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of the Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

| 11/19/09 | |
|---|---|
| (date) | (Signature of Judge) |