## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

GWENDOLYN SCOTT-ADAMS,      :

              :

        **Plaintiff,**      :

              :     **ECF CASE**

    **v.**              :     **07 Civ. 746 (DCF)**

              :

URBAN BRANDS, INC.,      :

              :

        **Defendant.**     :

-------------------------------------------------------X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) of the Federal

Rules of Civil Procedure, by and between the undersigned, that the above-captioned civil action

has been settled and this case is hereby dismissed with prejudice.

| | |
|---|---|
| *Laura Sager* | *Paul L* |
| Laura Sager, Esq. | Mark D. Collins (No. 2981) |
| Washington Square Legal Services, Inc. | Michael J. Merchant (No. 3854) |
| 245 Sullivan Street, Fifth Floor | Paul N. Heath (No. 3704) |
| New York, NY 10012 | RICHARDS, LAYTON & FINGER, P.A. |
| (212) 998-6442 | One Rodney Square |
| Counsel for Plaintiff | 920 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| | Counsel for UBI Liquidating Corp. (f/k/a Urban Brands, Inc. |